IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 1:98CV76 |
| | ) | (Financial Litigation Unit) |
| KATHY CLEMENTS TWEED, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| CRAWLEY LEE & COMPANY, PA, | ) | |
| Garnishee. | ) | |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Writ of Garnishment filed in this case against Kathy Clements Tweed is

DISMISSED.

**Signed: September 16, 2005**

Lacy H. Thornburg
United States District Judge